# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LYNN BAPP TEMPEL,<br><br>Defendant. | Case No. CR-20-75-GF-BMM<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the Clerk of Court's Office is directed to accept restitution payments from the Defendant, prior to the Defendant's Restitution Hearing set for April 20, 2022.

DATED this 12th day of April, 2022.

_____
Brian Morris, Chief District Judge
United States District Court